IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHESTER MOORE,**

        Plaintiff,

v.                                                CIVIL ACTION NO: 3:13-CV-36
                                                   (JUDGE GROH)

**DISH NETWORK L.L.C.,**

        Defendant.

## ORDER DENYING DEFENDANT DISH NETWORK L.L.C.'S UNOPPOSED MOTION TO ALLOW RESPONSIBLE LOCAL COUNSEL TO ATTEND ROUTINE PROCEEDING BY TELEPHONE

On October 17, 2013, the Defendant, Dish Network L.L.C., filed an Unopposed Motion to Allow Responsible Local Counsel to Attend Routine Proceeding by Telephone [Doc. 41]. In this motion, the Defendant seeks relief from the requirement of Local Rule 83.02 that local counsel attend a deposition scheduled for October 23, 2013 in Denver, Colorado in person. The Defendant requests that the Court permit local counsel to attend the deposition by telephone instead.

Local Rule of Civil Procedure 83.02 provides that:

> [t]he local attorney shall further attend the taking of depositions and other actions that occur in the proceedings that are not actually conducted before the judge, tribunal or other body of the State of West Virginia for which the applicant has sought admission *pro hac vice* and shall be a responsible attorney in the matter in all other respects.

**L.R. Civ. P. 83.02(b)**. The Court, in its discretion, may grant local counsel permission not to attend routine court hearings or proceedings. *Id.* Applying Rule 83.02, the Court does not find good cause to excuse the local attorney from attending this deposition, as depositions are not routine court hearings or proceedings. Accordingly, the Court **DENIES** the

Defendant's Motion to Allow Responsible Local Counsel to Attend Routine Proceedings by Telephone **[Doc. 41]**.

. The Clerk is directed to transmit copies of this Order to all counsel of record herein.

It is so **ORDERED**.

**DATED:** October 18, 2013

/s/ Gina M. Groh
GINA M. GROH
UNITED STATES DISTRICT JUDGE